IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02810-BNB

RICARDO ROSADO,

      Applicant,

v.

ANGEL MEDINA, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

ORDER FOR STATE COURT RECORD AND TO ANSWER

---

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, IT IS ORDERED:

(1)     Within **thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in El Paso County District Court case number 04CR925, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims;

(2)     Within **thirty (30) days from the date the state court record is provided to the Court**, Respondent(s) shall file an Answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts; and

(3)     Within **thirty (30) days** of the filing of the answer Applicant may file a

reply, if he desires; and

(3)     The Clerk of the Court is directed to send copies of this order to the clerk

of the state court from which the case originated and to the Court Services Manager,

State Court Administrator's Office by United States mail, first class postage prepaid, at

the following addresses:

> Clerk of the Court
> Denver County District Court
> 1437 Bannock Street
> Denver, Colorado 80202;
>
> Court Services Manager
> State Court Administrator's Office
> 101 W. Colfax, Suite 500
> Denver, Colorado  80202

DATED at Denver, Colorado, this 20th day of January, 2012.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge