IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02810-MSK-CBS

RICARDO ROSADO,
    Applicant,
v.

ANGEL MEDINA, Warden of Limon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
    Respondents.
_____

**AMENDED** ORDER FOR STATE COURT RECORD AND TO ANSWER[1]
_____

Magistrate Judge Craig B. Shaffer

    This civil action is before the court on Mr. Rosado's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 ("Petition") (filed October 27, 2011) (Doc. # 1).  Pursuant to the Order of Reference dated February 7, 2012 (Doc. # 16), this civil action was referred to the Magistrate Judge "to issue a Report and Recommendation as to the disposition of the Petition . . . ."  After reviewing the Petition and Respondents' "Pre-Answer Response" (filed November 30, 2011) (Doc. # 10), the court determines that the state court record would assist the court in resolving this matter.  Accordingly, pursuant to Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts, IT IS ORDERED that:

    1.    The Clerk of the Court for the El Paso County District Court, as the lawful custodian of the records, shall forward all records and transcripts of the state court proceedings in **People v. Rosado**, El Paso County District Court **Case No. 04CR925**,

---

[1] Order dated January 20, 2012 is amended to direct it to the proper state court, El Paso County District Court.  (*See* Doc. # 11 at 2 of 2).

to the Clerk of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver, Colorado, 80294-3589 **on or before April 1, 2012**.

2. The Clerk of the Court for the United States District Court for the District of Colorado shall deliver by United States mail, first class postage pre-paid, a copy of this Order to:

>Clerk of the Court, El Paso County District Court
>El Paso County Judicial Building
>20 East Vermijo, P.O. Box 2980
>Colorado Springs, CO. 80901

3. Respondents shall file an Answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts **on or before May 1, 2012**.

4. Mr. Rosado may file a reply, if he desires, **on or before June 1, 2012**.

DATED at Denver, Colorado, this 2nd day of March, 2012.

BY THE COURT:

 s/ Craig B. Shaffer
United States Magistrate Judge