IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-02810-MSK-CBS

RICARDO ROSADO,

    Plaintiff,

v.

ANGEL MEDINA, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    On June 4, 2012, Applicant filed a Motion for Permission to File Traverse and Enlargement of Time (Docket No. 27).  The motion is **granted, in part**, as follows.

    Applicant shall file his traverse to Respondents' Answer (Docket No. 25) **on or before July 5, 2012.**  No further extensions will be granted absent a showing of just cause.

    Dated:  June 5, 2012