IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02810-MSK-CBS

RICARDO ROSADO,

    Petitioner,

v.

ANGEL MEDINA, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondent.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Electronic Text-Only Order filed on October 10, 2012 by Judge Marcia S. Krieger

IT IS ORDERED that the Recommendation of Magistrate Judge Shaffer (Doc. #30) is **ADOPTED** and the Application for Writ of Habeas Corpus **(Doc. #1)** is **DENIED**. Petitioner's application is DISMISSED WITH PREJUDICE and the case is closed.

DATED at Denver, Colorado, this 16th day of November, 2012.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/Edward P. Butler
                      Edward P. Butler
                      Deputy Clerk