IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02810-MSK-CBS

RICARDO ROSADO,
        Applicant,
v.

ANGEL MEDINA, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
        Respondents.
_____

ORDER TO RETURN STATE COURT RECORD
_____

Magistrate Judge Craig B. Shaffer

        This civil action is before the court on Mr. Rosado's letter filed on November 21, 2012

(Doc. # 38) requesting confirmation that the court received his "Motion to Dismiss Habeas

Application Voluntarily and to Return State Court Record to the El Paso County District Court"

(Doc. # 35).  On October 10, 2012, the court dismissed Mr. Rosado's "Application for a Writ

of Habeas Corpus Pursuant to 28 U.S.C. § 2254" (Doc. # 1) and closed this case.

        It is now ORDERED that the Clerk of the Court for the United States District Court for

the District of Colorado shall return the state court record for *People v. Rosado*, El Paso

County District Court Case No. 04CR925, to the Clerk of the Court for the El Paso County

District Court, El Paso County Judicial Building, 270 S. Tejon, P.O. Box 2980, Colorado

Springs, CO. 80901.

        DATED at Denver, Colorado, this 10th day of December, 2012.

BY THE COURT:


 s/ Craig B. Shaffer
United States Magistrate Judge